E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
     Social Security Administration
     Office of Program Litigation, Office 7
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4853
     Email: paul.sachelari@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALONDRA MARIE GLASPIE,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-00445-AGR<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation

of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

captioned action is remanded to the Commissioner of Social Security for further

///

///

1   proceedings consistent with the Stipulation of Remand.

2   DATED: August 14, 2023

    HON. ALICIA G. ROSENBERG
    UNITED STATES MAGISTRATE JUDGE